| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br><br>FOR CALENDAR YEAR 2004 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Cook, Harold D | 2. Court or Organization<br><br>Northern District of Oklahom | 3. Date of Report<br><br>5/11/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior U.S. District Judge | 5. ReportType (check appropriate type)<br><br>( ) Nomination,　　Date<br><br>◯ Initial　　⦿ Annual　　◯ Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>　241 Federal Bldg.<br><br>　224 South Boulder<br><br>　Tulsa, Oklahoma 74103 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer＿＿＿＿＿＿＿＿＿＿＿＿＿　Date＿＿＿＿＿ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS.　(Reporting individual only; see pp. 9-13 of filing instructions)

☑ NONE　- (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS.　(Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE　- (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2005 MAY 13 P 12: 03 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

**A. Filer's Non-Investment Income**

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

**B. Spouse's Non-Investment Income** - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE  - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE  - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34–57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. ●Lots Cherokee County, OK | | None | J | W | | | | | |
| 2. Mayvan Investment Co., Ltd. | D | Gain | | | Liquidation | 6/04 | K | A | |
| 3. F&M Nat'l Bank & Trust (non-interest bearing) | | | L | T | | | | | |
| 4. Tulsa Fed Credit Union | | | | | closed | 1/08 | J | | |
| 5. BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 6. - Bank Deposit Program | A | Interest | K | T | | | | | |
| 7. - Okla State TPK at TPK | D | Interest | M | T | | | | | |
| 8. - Okla St. Cap Impt at St Hwy | C | Interest | M | T | | | | | |
| 9. - Okla Agric&Mech Clges | C | Interest | M | T | | | | | |
| 10. - Jenks Okla Pub Wks Auth | D | Interest | M | T | | | | | |
| 11. - Blackrock Mun 2018 Term Trust | C | Dividend | L | T | | | | | |
| 12. - Nuveen Insd Premium Inc Muni Trust | A | Dividend | K | T | Buy | 8/12 | K | | |
| 13. - Kerr McGee Common Stk | A | Dividend | J | T | | | | | |
| 14. - Diamonds Trust | A | Dividend | J | T | | | | | |
| 15. - Blackrock Insd Mun 2008 Fund | A | Dividend | K | T | Sell | 2/20 | L | A | |
| 16. - Solomon Bros Emerging Mks Debt Fd | D | Dividend | L | T | | | | | |
| 17. - Blackrock Insd Muni Tern Tr | A | Dividend | K | T | | | | | |
| 18. - ML Muni Bond Fund | B | Dividend | L | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4) F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3) N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2) U = Book Value   V = Other   W = Estimated

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. - Okla Cnty Okla Indpt Sch Dist | C | Interest | L | T | | | | | |
| 20. - Eaton Vance Mun Income Trust | A | Dividend | K | T | | | | | |
| 21. - ING Clarion Global Real Estate | C | Dividend | L | T | Buy | 2/27 | L | | |
| 22. BROKERAGE ACCOUNT #2 | | | | | | | | | |
| 23. - Sunoco Common Stk | A | Dividend | K | T | | | | | |
| 24. - Bank Deposit Program | A | Interest | J | T | | | | | |
| 25. - Okla St. Auth Tpk | C | Interest | L | T | | | | | |
| 26. - Nuveen Ins Div Adv Muni Fund | C | Dividend | L | T | | | | | |
| 27. - Solomon Bros Emerging Mks Debt Fd | B | Dividend | K | T | | | | | |
| 28. - Blackrock Insd Muni Tern Tr | A | Dividend | | | Sell | 12/20 | K | A | |
| 29. - Okla Colleges Brd Regents | B | Interest | K | T | | | | | |
| 30. - Okla Cnty Okla Indpt Sch Dist | C | Interest | L | T | | | | | |
| 31. - McKinley Cnty N Mex GR Tax Rev | C | Interest | L | T | | | | | |
| 32. - Tulsa Okla Met Util Auth Util Rev | B | Interest | K | T | | | | | |
| 33. - Puerto Rico Comwlth Rfdg-Pub Impt | B | Interest | K | T | | | | | |
| 34. - Sarasota Cnty Fla Sch Brd Ctfs Partn | C | Interest | L | T | | | | | |
| 35. - Okla Dev Fin Au Rev Ref | C | Interest | L | T | | | | | |
| 36. - Okla St Mun Pwr Auth Pwr | C | Dividend | L | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. - Eaton Vance Mun Inc Trust | A | Dividend | K | T | | | | | |
| 38. - ING Clarion Global Real Estate Inc Fund | C | Dividend | L | T | Buy | 2/24 | L | | |
| 39. - Am High Income Municipal Bond Fund C | A | Dividend | L | T | Buy | 12/22 | K | | |
| 40. - Nuveen Insd Prem Inc Mun Tr | A | Dividend | K | T | Buy | 8/12 | K | | |
| 41. BROKERAGE ACCOUNT (IRA) #3 | | | | | | | | | |
| 42. - Bank Deposit Program | A | Interest | J | T | | | | | |
| 43. - Diamonds Trust | A | Dividend | J | T | Sold | 12/17 | J | A | |
| 44. - TYCO International | A | Dividend | J | T | | | | | |
| 45. - Calamos Convertible Fund | A | Dividend | J | T | | | | | |
| 46. - Evergreen Asset Alloc Fund | | None | J | T | | | | | |
| 47. BROKERAGE ACCOUNT (IRA) #4 | | | | | | | | | |
| 48. - ML Global Allocation | A | Dividend | K | T | | | | | |
| 49. - ML Global Value FD CL B | A | Dividend | K | T | | | | | |
| 50. - Bank Deposit Program | A | Interest | K | T | | | | | |
| 51. - Calamos Convertible Fund | A | Dividend | J | T | | | | | |
| 52. - Evergreen Asset Alloc Fund | | None | J | T | | | | | |
| 53. - Williams Cos Inc Common Stk | A | Dividend | M | T | Rollover | 4/21 | M | | |
| 54. - Calomos Strategic Total Return | C | Dividend | M | T | Buy | 5/7 | N | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes: Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

## VII. INVESTMENTS and TRUSTS  – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 55. | | | | | Sell | 12/16 | K | A | |
| 56.  - Blackrock International Bond Fd Class C | A | Dividend | L | T | Buy | 12/21 | K | | |
| 57. BROKERAGE ACCOUNT #5 IRA Rollover | B | Int/Dividend | N | T | | | | | |
| 58.  - Dreyfus Liquid Assets Inc | | | | | Buy | 1/13 | N | | |
| 59.  - General Maritime Corp Com Stk | | | | | Buy | 10/15 | J | | |
| 60.  - Teekay Shipping Corp Com Stk | | | | | Buy | 10/15 | J | | |
| 61.  - Amedisys Inc Com Stk | | | | | Buy | 11/16 | K | | |
| 62.  - America Movil Sa De CV Spons ADR Com Stk | | | | | Buy | 10/27 | K | | |
| 63.  - Avid Technology Inc Com Stk | | | | | Buy | 11/30 | K | | |
| 64.  - Bucyrus International Inc Cl A | | | | | Buy | 12/7 | J | | |
| 65.  - CNF Inc Com Stk | | | | | Buy | 10/14 | K | | |
| 66.  - Carters Inc Com Stk | | | | | Buy | 11/18 | K | | |
| 67.  - Cash America International Inc Com Stk | | | | | Buy | 10/13 | K | | |
| 68.  - Caterpillar Inc Com Stk | | | | | Buy | 11/12 | K | | |
| 69.  - RR Donnelley & Sons Co Com Stk | | | | | Buy | 11/24 | K | | |
| 70.  - Dow Chemical Co Com Stk | | | | | Buy | 10/5 | K | | |
| 71.  - Ebay Inc Com Stk | | | | | Buy | 1/22 | J | | |
| 72. | | | | | Sell | 7/22 | J | A | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 73. | | | | | Sell | 8/4 | J | A | |
| 74. | | | | | Buy | 10/22 | J | | |
| 75. - General Electric Co Com Stk | | | | | Buy | 9/21 | K | | |
| 76. - Harris Corp-Delaware Com Stk | | | | | Buy | 9/22 | K | | |
| 77. - MDC Holdings Inc Com Stk | | | | | Buy | 10/28 | J | | |
| 78. - Paccar Inc-Del Com Stk | | | | | Buy | 11/12 | K | | |
| 79. - Polo Ralph Lauren Corp Cl A Com Stk | | | | | Buy | 9/27 | K | | |
| 80. - Starbucks Corp Com Stk | | | | | Buy | 10/5 | K | | |
| 81. - Station Casinos Inc Com Stk | | | | | Buy | 11/12 | K | | |
| 82. - Tempur-pedic International Inc Com Stk | | | | | Buy | 11/24 | K | | |
| 83. - Toll Bros Inc Com Stk | | | | | Buy | 1/23 | J | | |
| 84. | | | | | Sell | 5/12 | J | A | |
| 85. | | | | | Buy | 11/22 | J | | |
| 86. - Universal Forest Products Com Stk | | | | | Buy | 10/14 | K | | |
| 87. - W Holding Company Inc Com Stk | | | | | Buy | 12/3 | K | | |
| 88. - Yellow Roadway Corp Com Stk | | | | | Buy | 10/13 | K | | |
| 89. - Alaris Medical Inc Com Stk | | | | | Buy | 1/26 | K | | |
| 90. | | | | | Sell | 6/29 | K | B | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cook, Harold D | 5/11/2005 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br><br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br><br>Amount<br>Code 1<br>(A -H) | (2)<br><br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br><br>Value<br>Code 2<br>(J-P) | (2)<br><br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br><br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 91.    - Amazon Com Inc Com Stk | | | | | Buy | 1/27 | K | | |
| 92. | | | | | Sell | 2/27 | J | A | |
| 93. | | | | | Sell | 3/23 | J | A | |
| 94.    - Yahoo Inc | | | | | Buy | 1/27 | K | | |
| 95. | | | | | Sell | 3/4 | K | A | |
| 96.    - Teva Pharmaceutical Inds Ltd ADR | | | | | Buy | 1/29 | K | | |
| 97. | | | | | Sell | 5/6 | K | A | |
| 98.    - Countrywide Financial Corp Com Stk | | | | | Buy | 1/30 | J | | |
| 99. | | | | | Sell | 10/21 | J | B | |
| 100.    - Thor Industries Inc Com Stk | | | | | Buy | 2/2 | J | | |
| 101. | | | | | Sell | 3/23 | J | A | |
| 102.    - Energizer Hldgs Inc Com Stk | | | | | Buy | 2/9 | K | | |
| 103. | | | | | Sell | 7/28 | K | A | |
| 104.    - Tractor Supply Co Com Stk | | | | | Buy | 2/17 | K | | |
| 105. | | | | | Sell | 5/12 | J | A | |
| 106.    - United Surgical Partners Com Stk | | | | | Buy | 2/27 | K | | |
| 107. | | | | | Sell | 4/2 | K | A | |
| 108.    - Costar Group Inc Com Stk | | | | | Buy | 7/6 | K | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
    (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
    (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
    P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
    (See Column C2)    U = Book Value    V = Other    W = Estimated

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109. | | | | | Sell | 7/22 | J | A | |
| 110. | | | | | Sell | 8/9 | J | A | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatur̲e̲ ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆     Date *May 12, 2005*

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544